AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of TEXAS

MICHAEL BERRY

*Plaintiff*

**SUMMONS IN A CIVIL CASE**

V.

AUTOZONE INC.

CASE NUMBER: 2:12-cv-84

*Defendant*

TO: (Name and address of Defendant)

AUTOZONE INC. BY SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST COMPANY OF NEVADA, 311 S. DIVISION ST., CARSON CITY, NV 89703.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Blake C. Erskine
Erskine & McMahon, LLP
P. O. Box 3485
Longview, Texas 75606

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

David Maland

CLERK

4/20/12

DATE

✎AO 440  (Rev. 10/93)  Summons in a Civil Action

(By) DEPUTY CLERK
✎AO 440  (Rev. 10/93)  Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>April ___, 2012 |
| NAME OF SERVER *(PRINT)*<br>Javan Johnson | TITLE<br>Paralegal |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

x   Other (specify):   Certified Mail Return Receipt Requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April ___, 2012         _____
            *Date*                      *Signature of Server*

                                       P. O. Box 3485, Longview, Texas 75606
                                       *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.